UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ALBINO, LLC, | Case No. 1:25-cv-01032-HBK |
| Plaintiff, | ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| v. | |
| JP MORGAN CHASE & CO., | |
| Defendant. | |

On November 20, 2025, the Court telephonically conducted a case management and scheduling conference. (Doc. Np. 6). During the scheduling conference, counsel for both parties expressed a desire to participate in the Court's Voluntary Dispute Resolution Program set forth in E.D. Cal. Local Rule 271. Thus, it appears this case will benefit from participation in the Court's voluntary dispute resolution program (VDRP) set forth in Local Rule 271.

Accordingly, it is **ORDERED**:

1. This action is referred to the VDRP;
2. Within **forty-five (45) days of this order**, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or Spark@caed.uscourts.gov, to start the process of selecting an appropriate neutral evaluator;
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP;

4. No later than fourteen (14) days after the completion of the VDRP session, the parties shall either jointly file their VDRP Completion Report or a Dismissal or Stipulation and Order for Dismissal pursuant to Fed. R. Civ. P. 41, consistent with Local Rule 271(o).

5. Should the parties desire a stay to the current deadlines in the Case Management Scheduling Order, they shall file an appropriate motion.

Dated:   December 3, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Cc: Sujean Park

2